Hon. Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff(s),<br><br>  v.<br><br>RICHARD SCUTARI,<br><br>                    Defendant(s). | NO. CR85-0001RAJ<br><br>ORDER DENYING DEFENDANT'S MOTION FOR REVISED PRESENTENCE INVESTIGATION REPORT |

THIS MATTER comes before the Court upon Defendant's pro se Motion for Revised Presentence Investigation Report. Dkt. 2. Having considered Defendant's motion, the government's response, and the file and pleadings herein, for the reasons articulated by the government in its opposition,

IT IS ORDERED that Defendant's Motion is DENIED.

DATED this 16th day of October, 2020.

*(signature: Richard A. Jones)*

The Honorable Richard A. Jones
United States District Judge